**STATE of Missouri, Respondent,**

v.

**Matthew DOMVILLE, Appellant.**

**No. WD 60271.**

Missouri Court of Appeals,
Western District.

Submitted July 2, 2002.

Decided Aug. 27, 2002.

Bruce W. Simon, Kansas City, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Anne E. Edgington, Asst. Attorney General, Jefferson City, MO, for respondent.

Before HAROLD L. LOWENSTEIN, P.J., JAMES M. SMART, JR., and THOMAS H. NEWTON, JJ.

### *Order*

PER CURIAM.

Matthew Domville appeals his convictions for driving while intoxicated—alcohol—persistent offender, pursuant to § 577.010, RSMo 2000, a class D felony, and for careless and imprudent driving, pursuant to § 304.012, RSMo 2000, a class B misdemeanor.

Domville contends on appeal that the evidence did not support the finding of persistent offender status under § 577.023. After careful consideration of the issue, we affirm the judgment by this summary order. A published opinion would lack juris-

prudential value. Judgment is affirmed. Rule 30.25(b).